**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 MAY -4, A 8: 4

CLERK
SO         DA. CA.

SCOTT E. CLIFTON,

      Petitioner,

vs.

JOSE VAZQUEZ, Warden,

      Respondent.

CIVIL ACTION NO. CV205-066

## ORDER

After consideration of the Government's Motion to Stay the above styled case pending resolution of <u>Brown v. McFadden</u>, No. 04-1411132-F, a similar case pending in the Eleventh Circuit Court of Appeals, the same is hereby **GRANTED.** (Doc. 6.)  Counsel for Respondent shall immediately notify the Court when a decision has been entered in <u>Brown</u>.

      **SO ORDERED**, this _4th_ day of May, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)

UNITED STATES DISTRICT COURT
Southern District of Georgia

        Case Number:      2:05-cv-00066
        Date Served:      May 4, 2005
        Served By:

Attorneys Served:

        Scott E. Clifton
        Amy Lee Copeland, Esq.


                                    ____ Copy placed in Minutes

                                    ____ Copy given to Judge

                                    ____ Copy given to Magistrate